**Electronically Filed**
**Supreme Court**
**SCWC-14-0000822**
**23-DEC-2014**
**10:04 AM**

SCWC-14-0000822

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WELLS FARGO BANK, N.A. TRUSTEE POOLING AND SERVICING
AGREEMENT DATED AS OF APRIL 1, 2005 ASSET-BACKED
PASS-THROUGH CERTIFICATES SERIES 2005-WHQ2,
Respondent/Plaintiff-Appellee,

vs.

CONSTANCIO A. SUNIGA, JR.; CORAZON MORALES SUNIGA; JOHN DOES 1-
10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
DOE ENTITIES 1-10; and DOE GOVERNMENTAL UNITS -10,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000822; CIV. NO. 11-1-0332)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on

November 14, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, December 23, 2014.

Melodie Aduja,                    /s/ Mark E. Recktenwald
for petitioners

                                  /s/ Paula A. Nakayama
Paul Alston and
J. Blaine Rogers                  /s/ Sabrina S. McKenna
for respondent

                                  /s/ Richard W. Pollack


                                  /s/ Michael D. Wilson